```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ELAINE L. CHAO, SECRETARY OF LABOR,    :
UNITED STATES DEPARTMENT OF LABOR,     :
                                       :
              Petitioner,              :
                                       :
       v.                              :
                                       :      Miscellaneous No. 08-23
                                       :
LANDCO USA, INC.,                      :
LANDCO USA, INC. 401(k)                :
PROFIT SHARING PLAN,                   :
                                       :
                                       :
              Respondents              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

## ORDER

It is hereby ORDERED that:

1.  A hearing will be held at the United States District Court for the Western

    District of Pennsylvania in Courtroom No. 3A on Monday, March 17, 2008,

    at 11:00 AM, at which time respondents Landco USA, Inc. and Landco USA,

    Inc. 401(k) Profit Sharing Plan shall show cause why they should not be

    required to produce all of the documents requested in the attachments to

    the subpoenas at issue in the Secretary of Labor's Petition to Enforce

    Administrative Subpoenas.

2.  A representative of the Department of Labor shall serve on Respondents

    forthwith an executed copy of this Order to Show Cause, along with the

    Petition to Enforce Administrative Subpoenas with the attached exhibits,

    Memorandum of Law in Support of Petition to Enforce Administrative

    Subpoenas, Declaration of Bindu A. George and a proposed Order.

3.    Any response to the Petition to Enforce Administrative Subpoenas and

Memorandum of Law in Support of Petition to Enforce Administrative

Subpoenas must be filed and served on Petitioner no later than seven days

prior to the hearing referenced above.

By the Court:

_____ , J.

1/25/08