UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

---

ELAINE L. CHAO, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

    Petitioner,

v.

LANDCO USA, INC. and
LANDCO USA, INC. 401(k)
PROFIT SHARING PLAN,

    Respondents.

Misc. Civ. Action No. 08-23

---

## ORDER

AND NOW, this 17th day of March, 2008, upon consideration of the Secretary of Labor's Petition to Enforce Administrative Subpoenas, and any response thereto, it is hereby ORDERED that the Petition is GRANTED. It is further ORDERED that respondents Landco USA, Inc. and Landco USA, Inc. 401(k) Profit Sharing Plan shall produce all documents covered by the administrative subpoenas issued by the Employee Benefits Security Administration, United States Department of Labor, The Curtis Center, Ste. 870W, 170 S. Independence Mall West, Philadelphia, Pennsylvania, 19106. These documents shall be delivered by respondent to the Employee Benefits Security Administration at the aforementioned address within 14 ~~seven~~ days of the date of this Order.

By the Court:

/s/ Gary L. Lancaster
Gary L. Lancaster
United States District Judge